UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE CRUMWELL,

                Plaintiff,

- against -

DR. SQUATCH, LLC,

                Defendant.

24-cv-9917 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to discuss settlement and provide an update to the Court by **March 27, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          December 27, 2024

                                              John G. Koeltl
                                          United States District Judge