```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DENISE CRUMWELL,

                Plaintiff,        24-cv-9917 (JGK)

    - against -               ORDER

DR. SQUATCH, LLC,

                Defendant.

---

On February 20, 2025, this Court granted the defendant's request for an extension of time to answer and extended the time to answer or respond to the complaint to March 20, 2025. ECF No. 9. To date, no answer or response has been filed.

Accordingly, the time for the defendant to move or answer is extended to **April 11, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           March 31, 2025

                                            John G. Koeltl
                                       United States District Judge