UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE CRUMWELL,

                 Plaintiff,

     - against -

DR. SQUATCH, LLC,

                 Defendant.

24-cv-9917 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On April 14, 2025, this Court granted the defendant's request for an extension of time to answer and extended the time to answer or respond to the complaint to April 28, 2025. ECF No. 14. To date, no answer or response has been filed.

Accordingly, the time for the defendant to move or answer is extended to **May 15, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
           May 1, 2025

                                       _____
                                       John G. Koeltl
                                   United States District Judge